**Jon Startz**

Subject: FW:

CV16-9627-ODW

CASE # 56-2016-00489664-CU-OR-VTA

Dear your honor, Otis D Wright II



Sir,

I have been abandoned by my former attorney and need time to respond to this motion. I intend to retain a new lawyer. I will represent myself on Monday and show up to Court as I am obligated to. My attorney had my response and failed to send it within the required timeline, which disappointed me. I am not the best person to represent myself, however I hope the court will be fair and take my plea into consideration. I am attaching a letter from my attorney.

Thank you Sir.

**Jon Startz**
30961 Agoura Road Suite 217
Westlake Village, CA 91361
t 818-699-6381 | f 818-699-6382

1