RICHARD A. RODGERS; 210196
SHANE, DIGIUSEPPE & RODGERS LLP
3125 Old Conejo Road
Thousand Oaks, CA  91320
Telephone: (805) 230-2525
Facsimile:  (805) 230-2530

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN STARTZ <br><br> Plaintiff(s) <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICES CORPORATION; and DOES 1–50 <br><br> Defendant(s). | CASE NUMBER  2:16-cv-09627-ODW (PLA) <br><br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

JONATHAN STARTZ_____    X Plaintiff    ☐ Defendant   ☐ Other _____
_____*Name of Party*

to substitute  JONATHAN STARTZ    who is Pro Se

30961 Agoura Road, Suite _____
_____*Street Address*

___217, Westlake Village, CA 91361            jon@crushcubes.com___
_____*City, State, Zip*                               *E-Mail Address*

818-699-6381                    818-699-6382                    N/A
*Telephone Number*               *Fax Number*                    *State Bar Number*

as pro se attorney of record instead of  Richard A. Rodgers, Shane, DiGiuseppe & Rodgers LLP_____
_____*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby        x- GRANTED          ☐ DENIED**

            March 13, 2017
    Dated _____        _____
                                                      U. S. District Judge